IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERRON C. BRIMAGE**                                                                            **PLAINTIFF**

**V.**                                                 **NO. 4:21-CV-24-DMB-DAS**

**CARROLL MONTGOMERY RCF,**
**WARDEN BRANDON SMITH**                                            **DEFENDANTS**

## ORDER

On or about February 22, 2021, Jerron C. Brimage filed a pro se complaint in the United States District Court for the Northern District of Mississippi against Carroll Montgomery RCF and Warden Brandon Smith challenging certain conditions of his confinement. Doc. #1. On February 25, 2021, the Court entered an order requiring Brimage to complete and return several forms necessary for the expeditious administration of this case. Doc. #4. The order warned Brimage that "failure to return one or the other of the forms within thirty (30) days … may result in this case being dismissed." *Id.* at 2. Despite this warning, Brimage has failed to comply with the Court's order, and the deadline for doing so has passed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with a court order.

**SO ORDERED**, this 23rd day of April, 2021.

                                                                /s/Debra M. Brown
                                                                **UNITED STATES DISTRICT JUDGE**